THE EVENING NEWS ASSOCIATION v CITY OF TROY. (Docket No. 66268.) Rehearing denied. *Butzel, Long, Gust, Klein & Van Zile* for plaintiff-appellant. *John J. Martin, III,* Assistant City Attorney, for defendants-appellees. Reported at 417 Mich 481.

PIONEER STATE MUTUAL INSURANCE COMPANY v ALLSTATE INSURANCE COMPANY. (Docket No. 67559.) Rehearing denied. *Landman, Luyendyk, Latimer, Clink & Robb* for plaintiffs-appellants. *Nelson & Kreuger* for defendant-appellee. Reported at 417 Mich 590.

BRAY v DEPARTMENT OF STATE. (Docket No. 65164.) Rehearing denied. *Harry S. Ellman* and *Barris, Sott, Denn & Driker* for plaintiffs-appellees-cross-appellants. Reported *ante,* 149.

## FEBRUARY 7, 1984

GRIEVANCE ADMINISTRATOR v CHAPPELL. (Docket No. 72823.) Pursuant to GCR 1963, 853.2(4), in lieu of granting leave to appeal, the order of the Attorney Discipline Board dated September 30, 1983, is modified to the extent that it bars the respondent during his period of suspension from working as an "agent, clerk or employee" of a licensed attorney. Insofar as those activities do not require a license to practice law in Michigan, prohibiting respondent from engaging in those activities as a part of his suspension exceeds the board's power of suspension pursuant to GCR 1963, 955(2). In all other respects leave to appeal is denied. *Albert A. Chappell, in propria persona,* respondent-appellant. *Michael Alan Schwartz,* Grievance Administrator, and *William E. Lang,* Associate Counsel, Attorney Grievance Commission, for petitioner-appellee.

WILLIAMS, C.J., not participating.

GRIEVANCE ADMINISTRATOR v MORTON. (Docket No. 72929.) Leave to appeal denied. The stay of discipline entered on November 23, 1983, is vacated. *Michael Alan Schwartz,* Grievance Administrator, and *John F. Van Bolt,* Associate Counsel, Attorney Grievance Commission, for petitioner. *Henry B. Clay* for respondent.

WILLIAMS, C.J., not participating.

Reconsideration denied April 27, 1984.